**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

————————————

No. 24-12898

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

MAURICE RIDLEY,

*Defendant-Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 7:20-cr-00029-WLS-TQL-1

————————————

Before JORDAN, JILL PRYOR, and KIDD, Circuit Judges.

PER CURIAM:

Richard Adam Greenberg, appointed counsel for Maurice Ridley in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v.*

2                    Opinion of the Court                    24-12898

*California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ridley's conviction and sentence are **AFFIRMED**.